UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PEDRO T. TACAM,            )<br>                              )<br>     Plaintiff,            )<br>                              )<br>     v.                       )<br>                              )<br>DISTRICT OF COLUMBIA, OFFICER )<br>WILLIAM BURKE, OFFICER BLAINE )<br>SCOTT                         )<br>                              )<br>     Defendants.         )<br>                              ) | Civil Action No. 1:13-cv-01230 (BAH) |

## JOINT STATUS REPORT

Pursuant to the Court's Order of December 8, 2014 the parties hereby submit their Joint Status Report on the above-captioned litigation.

1. Pursuant to the Court's Order of December 8, 2014, the parties entered into mediation with Magistrate Judge Alan Kay on January 13, 2015. The parties exchanged various demands and offers but were unable to resolve the case at that time.

2. The parties agree that the matter should be scheduled for pretrial.

DATE: February 6, 2015                    Respectfully submitted,

/s/      *Jeffrey Louis Light*             KARL RACINE
Jeffrey Louis Light                        Attorney General for the District of Columbia
Law Offices of Jeffrey Light
1712 Eye Street, NW                        GEORGE C. VALENTINE
Suite 915                                  Deputy Attorney General
Washington, DC 20006                       Civil Litigation Division
(202) 277-6213
Fax: (202) 223-5316                        /s/ *Kimberly M. Johnson*
Email: jeffrey.light@yahoo.com             KIMBERLY M. JOHNSON
                                           [D.C. Bar No. 435163]
                                           Chief, Civl Litigation Section I

/s/      *Rachael A. S. Moshman*
Rachael A. S. Moshman, Esq.,               /s/ *Soriya R. Chhe*
2000 P Street, NW, Suite 415               SORIYA R. CHHE [D.C. Bar No. 986736]

| | |
|---|---|
| Washington, DC 20036<br>Ph: 202-441-1357<br>Fax: 202-331-0567<br>rmoshman@hotmail.com<br>rachael@rasmlaw.com<br>*Counsel for Plaintiff* | Assistant Attorney General<br>Office of the Attorney General<br>441 Fourth Street, NW, 6th Floor South<br>Washington, D.C. 20001<br>Direct Line: (202) 724-6522<br>Facsimile: (202) 741-0581<br>e-mail: soriya.chhe@dc.gov<br>*Counsel for Defendant District of Columbia,*<br>*Officer Burke, and Officer Scott* |